# Court of Appeals
# of the State of Georgia

ATLANTA,___May 14, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0330.   ATLANTA CONTRACT GLAZING, INC. v. GEORGIA DEPARTMENT OF INSURANCE et al.**

On January 13, 2014, the superior court entered an order affirming a decision of the Georgia Department of Insurance.  On April 16, 2014, Atlanta Contract Glazing, Inc. filed this application seeking discretionary review of that order.  We, however, lack jurisdiction.

Pursuant to OCGA § 5-6-35 (d), an application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  The requirements of OCGA § 5-6-35 are jurisdictional, and we cannot accept an application not made in compliance therewith.  See *Crosson v. Conway*, 291 Ga. 220, 220-221 (1) (728 SE2d 617) (2012); *Moulder v. Reilly*, 226 Ga. App. 608 (487 SE2d 142) (1997).  Atlanta Contract Glazing, Inc. filed this application 93 days after entry of the order it seeks to appeal.  The application is untimely, and it is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 05/14/2014_____
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*